Rosa Molina, recurrente, *v.* El Registrador de la Propiedad de Caguas, recurrido.

No. 701.—*Sometido:* Enero 10, 1928.   *Resuelto:* Enero 26, 1928.

Récord—Inscripción o Anotación de Títulos—Defectos Subsanables—Edificaciones en Suelo Ageno.—Convenido, en contrato de arrendamiento, la inscripción de edificaciones hechas en la finca arrendada por el arrendatario, la omisión de expresar en el contrato quién sería el dueño de ellas al terminarse el contrato, no constituye un defecto subsanable en cuanto a la inscripción de tales edificaciones.

Nota de *Lemuel Marques*, R. (Caguas), inscribiendo arrendamiento y edificación en la finca arrendada con defecto subsanable de no constar quién sería el dueño de lo edificado al terminar el arrendamiento. *Revocada.*

*Andrés Mena,* abogado del recurrente; el registrador, recurrido no compareció.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Emilia Casanova cedió en arrendamiento una parcela de terreno a Rosa Molina, y en la misma escritura se hacía constar que Rosa Molina había construído en dicha parcela una casa y un garage, conviniéndose expresamente en que el arrendamiento y la existencia de las construcciones debían ser inscritos en el registro de la propiedad. El registrador inscribió el arrendamiento y la edificación con el defecto subsanable de no constar quién sería el dueño de lo edificado al terminar el arrendamiento. El recurrente muy bien sostiene que toda la cuestión se rige por el art. 370 del Código Civil que dice así:

"El dueño del terreno en que se edificare, sembrare o plantare de buena fe, tendrá derecho a hacer suya la obra, siembra o plantación, previa la indemnización establecida en los arts. 455 y 456 del Capítulo III, Título V, o a obligar al que fabricó o plantó, a pagar el precio del terreno, y al que sembró, la renta correspondiente."

Según este artículo el arrendador no está obligado a hacer una elección inmediata durante la vigencia del arren-

damiento; por tanto, la objeción del registrador carece de fundamento.

*Debe revocarse la nota recurrida y se declara* que no existe el defecto subsanable apuntado.

OPINIÓN DISIDENTE DEL JUEZ PRESIDENTE SR. DEL TORO.

En el registro sólo deben inscribirse y mencionarse derechos definidos. Siendo esto así, lo menos que pudo y debió hacer el registrador en este caso fué anotar el defecto subsanable apuntado para llamar la atención de los futuros contratantes sobre la condición indefinida del dominio de las construcciones de que se habla en la opinión de la mayoría.